IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLIFFORD KEVIN LaFLEUR
ADC #124268                                                                  PLAINTIFF

v.                                  No. 3:20-cv-147-DPM

RICKY DAVIS, Lieutenant, Grimes Unit                        DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 5*, as supplemented and overrules LaFleur's objections, *Doc. 7*. FED. R. CIV. P. 72(b)(3). LaFleur's complaint fails to state an ADA claim, too, because he doesn't allege that Lieutenant Davis denied him any benefit or service because of his disability. 42 U.S.C. § 12132; *see also Dinkins v. Correctional Medical Services*, 743 F.3d 633, 634–35 (8th Cir. 2014).

LaFleur's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_24 June 2020_