IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLIFFORD KEVIN LaFLEUR
ADC #124268                                                                    PLAINTIFF

v.                              No. 3:20-cv-147-DPM

RICKY DAVIS, Lieutenant, Grimes Unit                         DEFENDANT

## JUDGMENT

LaFleur's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2020