IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLIFFORD KEVIN LaFLEUR
ADC #124268                                                                PLAINTIFF

v.                             No. 3:20-cv-147-DPM

RICKY DAVIS, Lieutenant, Grimes Unit                         DEFENDANT

ORDER

Motion for leave to proceed in *forma pauperis* on appeal, *Doc. 12*, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. *Doc. 8*; 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020